**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7165**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CAMILLA WHITAKER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:08-cr-00374-REP-1)

Submitted:  October 20, 2020                                    Decided:  October 23, 2020

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Camilla Whitaker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Camilla Whitaker appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) motion seeking a sentence reduction under Amendment 782 to the Sentencing Guidelines. The court found that Whitaker was eligible for relief but exercised its discretion not to reduce her sentence. In so doing, the court considered the parties' arguments and the relevant 18 U.S.C. § 3553(a) factors and adequately explained its reasons for denying the motion. We conclude that the district court did not abuse its discretion in denying Whitaker's motion and affirm the court's judgment. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standard). We deny Whitaker's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*